**979 A.2d 844**

**Daniel BERG and Sheryl Berg, H/W, Petitioners**

**v.**

**NATIONWIDE MUTUAL INSURANCE
COMPANY, INC., Respondent.**

Supreme Court of Pennsylvania.

Aug. 19, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of August 2009, the Petition for Allowance of Appeal is **GRANTED.** The issues, as stated by petitioner, are:

1. Whether the Superior Court erred in finding waiver of all appellate issues for failing to serve the trial judge with a Statement of Errors Complained Of, pursuant to Appellate Rule 1925(b), when the trial judge's order directing a Statement of Errors to be filed, failed to include language mandated by paragraphs (b)(3)(iii) and (iv) of Appellate Rule 1925(b)?

2. Whether the Superior Court erred finding a waiver of all appellate issues for failing to provide the trial judge with personal service of the timely-filed Statement of Errors, when [P]etitioners complied with the actual wording of the trial judge Rule 1925(b) Order, which directed [P]etitioners to file the Statement of Errors "with the Court, and a copy with the trial judge," and when the trial judge in fact received the Statement of Errors contemporaneously with its filing?